IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JANIE DOE,

       Plaintiff,

v.                                  Civil Action No. 3:24cv493

HANOVER COUNTY SCHOOL BOARD,
et al.,

       Defendants.

## ORDER

This matter comes before the Court *sua sponte*. On July 3, 2024, Plaintiff Janie Doe filed, *inter alia*, a Complaint, (ECF No. 1), and a Motion for Preliminary Injunction (the "Motion"), (ECF No. 13). After consultation with counsel, the Court ORDERS the following:

1. Not later than Monday, July 22, 2024 at 5:00 p.m., Defendants shall file their briefs in opposition to Plaintiff's Motion for Preliminary Injunction.

2. Not later than Monday, July 29, 2024 at 5:00 p.m., Plaintiff shall file her reply.

3. Not later than Tuesday, July 30, 2024 at 5:00 p.m., the parties shall file their Joint Stipulations of Fact.

4. Not later than Friday, August 2, 2024 at 5:00 p.m., the parties shall file Witness and Exhibit Lists.

5. The Court SCHEDULES a hearing on the Motion for Preliminary Injunction for August 6, 2024, at 10:00 a.m. in Courtroom 6100.

6. The Augst 6, 2024 hearing will address only preliminary injunctive issues and will not constitute a trial on the merits.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

Date: 07/11/2024
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge