**CIVIL NON-JURY TRIAL OR MOTION HEARING: MINUTE SHEET**

DATE: AUGUST 14, 2024

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br><br>JANIE DOE<br>v.<br>HANOVER COUNTY SCHOOL BOARD, *et al* | Case No. 3:24cv493<br><br>Judge: M. HANNAH LAUCK<br><br>Court Reporter: RUTH LEVY, OCR |

MATTER COMES ON FOR: ☐ BENCH TRIAL ☒ MOTION HEARING ☐ OTHER:

APPEARANCES: Parties by ☐ with ☒ counsel     Pro Se ☐

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ☐   DEFENDANT(S) ☐ Court ☐

OPENING STATEMENTS MADE ☐     OPENING WAIVED ☐

PLAINTIFF(S) ADDUCED EVIDENCE ☐ RESTED ☐ MOTION ☐ _____

DEFENDANT(S) ADDUCED EVIDENCE ☐   RESTED ☐ MOTION ☐ _____

REBUTTAL EVIDENCE ADDUCED   ☐     SUR-REBUTTAL EVIDENCE ADDUCED ☐

EVIDENCE CONCLUDED ☐     ARGUMENTS OF COUNSEL HEARD ☐

COURT FOUND IN FAVOR OF PLAINTIFF(S)   ☐     MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ☐ _____

CLERK TO ENTER JUDGMENT ON DECISION ☐   TRIAL EXHIBITS  ☐

**MOTIONS: MOTION FOR PRELIMINARY INJUNCTION (ECF 13) - GRANTED**

LETTER FROM HANOVER COUNTY SCHOOL BOARD (UNREDACTED AND REDACTED) TO BE ENTERED; BOTH PARTIES RESTED ON THE RECORD; BOTH PARTIES PRESENTED ARGUMENT; WRITTEN OPINION TO BE ISSUED BY FRIDAY, AUGUST 16, 2024.

Counsel for Plaintiff:
EDEN HEILMAN, WYATT ROLLA, and THAD EAGLES

Counsel for Defendants:
MELISSA YORK and BRIAN ETTARI

SET: 10:00 AM     BEGAN: 10:08 AM     ENDED: 11:16 AM     TIME IN COURT: 1 HOUR 8 MINUTES